UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
  MICHAEL GLENN GILLEY                        CASE NO. 20-10833
  WENDY G MASSEY                                  JUDGE BENJAMIN A. KAHN
  1141 PERKINSON RD
  RUFFIN, NC  27326

        DEBTORS

SSN(1) XXX-XX-5121    SSN(2) XXX-XX-8029        DATE: 10/05/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CELTIC BANK<br>P O BOX 4499<br>BEAVERTON, OR  97076 | $0.00<br>INT: .00%<br>NAME ID: 168682<br>CLAIM #: 0013 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CHARTER COMMUNICATIONS<br>AKA SPECTRUM<br>400 ATLANTIC ST 10TH FLOOR<br>STAMFORD, CT  06901 | $0.00<br>INT: .00%<br>NAME ID: 178740<br>CLAIM #: 0014 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CITIZENS BANK NA<br>ONE CITIZENS BANK WAY MAILSTOP<br>JCA115<br>JOHNSTON, RI  02919 | $6,492.21<br>INT: 5.25%<br>NAME ID: 175530<br>CLAIM #: 0010 | (V) VEHICLE-SECURED<br><br>ACCT: 6287<br>COMMENT: 15NISS |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $3,673.24<br>INT: 5.25%<br>NAME ID: 123769<br>CLAIM #: 0001 | (P) PRIORITY<br><br>ACCT: 19TX<br>COMMENT: OC |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $437.14<br>INT: 5.25%<br>NAME ID: 123769<br>CLAIM #: 0017 | (X) SPECIAL-UNSECURED<br><br>ACCT:  PEN<br>COMMENT:  CLASS A/B |
| LENDMARK FINANCIAL SERVICES LLC<br>2118 USHER ST<br>COVINGTON, GA  30014 | $2,402.66<br>INT: .00%<br>NAME ID: 157722<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: 1988<br>COMMENT:  CLASS B |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $139.01<br>INT: 5.25%<br>NAME ID: 9699<br>CLAIM #: 0002 | (P) PRIORITY<br><br>ACCT: 19TX<br>COMMENT: OC |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $13.70<br>INT: 5.25%<br>NAME ID: 9699<br>CLAIM #: 0020 | (X) SPECIAL-UNSECURED<br><br>ACCT: 19TX<br>COMMENT:  CLASS A/B |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| PREMIER BANKCARD LLC<br>% JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $677.95<br>INT: .00%<br>NAME ID: 159089<br>CLAIM #: 0015 | (U) UNSECURED<br><br>ACCT: 5268<br>COMMENT: CLASS B |
| PREMIER BANKCARD LLC<br>% JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $288.11<br>INT: .00%<br>NAME ID: 159089<br>CLAIM #: 0016 | (U) UNSECURED<br><br>ACCT: 3862<br>COMMENT: CLASS B |
| ROCKINGHAM CO REGISTER OF DEEDS<br>170 NC 65 SUITE 150<br>REIDSVILLE, NC  27320 | $52.00<br>INT: .00%<br>NAME ID: 174473<br>CLAIM #: 0019 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| ROCKINGHAM COUNTY TAX<br>371 NC HIGHWAY 65 STE 107<br>WENTWORTH, NC  27375 | $0.00<br>INT: 5.25%<br>NAME ID: 159712<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| ROCKINGHAM COUNTY TAX<br>371 NC HIGHWAY 65 STE 107<br>WENTWORTH, NC  27375 | $2,633.09<br>INT: 10.25%<br>NAME ID: 159712<br>CLAIM #: 0005 | (S) SECURED<br><br>ACCT: 2163<br>COMMENT: 1141 PERKINS RP TXS |
| ROCKINGHAM COUNTY TAX<br>371 NC HIGHWAY 65 STE 107<br>WENTWORTH, NC  27375 | $739.74<br>INT: 10.25%<br>NAME ID: 159712<br>CLAIM #: 0006 | (S) SECURED<br><br>ACCT: 5039<br>COMMENT: 5263 NC 700 RP TXS |
| ROCKINGHAM COUNTY TAX<br>371 NC HIGHWAY 65 STE 107<br>WENTWORTH, NC  27375 | $171.67<br>INT: 10.25%<br>NAME ID: 159712<br>CLAIM #: 0007 | (S) SECURED<br><br>ACCT: 5039<br>COMMENT: 5245 NC 700 RP TXS |
| SCHEWEL FURNITURE COMPANY INC<br>P O BOX 6120<br>LYNCHBURG, VA  24505-6120 | $0.00<br>INT: .00%<br>NAME ID: 134051<br>CLAIM #: 0012 | (S) SECURED<br>SURRENDERED<br>ACCT: 2236<br>COMMENT: OC,PP,REL |
| TERRY J POWELL W CONRAD POWELL &<br>GAYLE FOLDEN<br>1710 HOLLYWOOD DR<br>COLUMBIA, SC  29205 | MONTHLY PMT  $900.00<br>INT: .00%<br>NAME ID: 184162<br>CLAIM #: 0004 | (H) ONGOING-SECURED<br><br>ACCT:<br>COMMENT: OC,DT RP,AP PAYMENTS<br>THRU MAR22 |
| THE BANK OF MISSOURI<br>P O BOX 105555<br>ATLANTA, GA  30348 | $317.79<br>INT: .00%<br>NAME ID: 171990<br>CLAIM #: 0021 | (U) UNSECURED<br><br>ACCT: 0438<br>COMMENT: CLASS B,TFPN |
| URW COMMUNITY FEDERAL CR UN<br>539 ARNETT BLVD<br>DANVILLE, VA  24540 | $2,632.38<br>INT: 5.25%<br>NAME ID: 54630<br>CLAIM #: 0008 | (V) VEHICLE-SECURED<br><br>ACCT: 6308<br>COMMENT: 01FORD |
| URW COMMUNITY FEDERAL CR UN<br>539 ARNETT BLVD<br>DANVILLE, VA  24540 | $1,623.20<br>INT: 5.25%<br>NAME ID: 54630<br>CLAIM #: 0009 | (V) VEHICLE-SECURED<br><br>ACCT: 6308<br>COMMENT: 01FORD,CROSS-COLL |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| URW COMMUNITY FEDERAL CR UN<br>539 ARNETT BLVD<br>DANVILLE, VA 24540 | $490.41<br>INT: 5.25%<br>NAME ID: 54630<br>CLAIM #: 0018 | (V) VEHICLE-SECURED<br><br>ACCT: 6308<br>COMMENT: 01FORD,CROSS-COLL |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 4457<br>HOUSTON, TX 77210-4457 | $1,164.19<br>INT: 5.25%<br>NAME ID: 176005<br>CLAIM #: 0022 | (X) SPECIAL-UNSECURED<br><br>ACCT: 0001<br>COMMENT: CLASS A/B |
| **TOTAL:** | **$24,848.49** | |
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC 27615 | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC 27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  10/05/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtors
Attorney for Debtors - Electronic Notice